# United States District Court
# Eastern District of North Carolina



**FILED**

MAY 13 1998

DAVID W. DANIEL, CLERK
U.S. DISTRICT COURT
E. DIST. NO. CAR.

LACY LEE WILLIAMS
    Plaintiff
v.
CHARLES M. CREECY, JR.;
MISS COLSON; NURSE BOLLARD
and J. BAKER WILLIAMS
    Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:98-CT-266-BR2

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, MAY 13, 1998 AND A COPY MAILED TO:

Lacy Lee Williams
Central Prison
1300 Western Blvd.
Raleigh, NC 27606

| May 13, 1998 | David W. Daniel |
|---|---|
| Date | Clerk |

Raleigh, North Carolina

                                                    *[signature]*
                                           (by) Deputy Clerk

233